IN THE COURT OF APPEALS

OF MARYLAND

Judicial Disabilities Docket No. 1

September Term, 2019

_____

IN THE MATTER OF THE

HONORABLE DEVY PATTERSON RUSSELL,

JUDGE OF THE DISTRICT COURT OF MARYLAND

FOR BALTIMORE CITY, DISTRICT ONE

_____

McDonald
Hotten
Getty
Booth
Greene, Clayton, Jr. (Senior Judge,
    Specially Assigned)
Harrell, Glenn T., Jr. (Senior Judge,
    Specially Assigned)
Eyler, Deborah S. (Senior Judge,
    Specially Assigned),

JJ.

_____

ORDER

_____

Filed: October 21, 2019

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| In the Matter of the | * | In the |
| Honorable Devy Patterson Russell, | * | Court of Appeals |
| Judge of the District Court | * | of Maryland |
| of Maryland for Baltimore City, | * | JD Docket No. 1, September Term 2019 |
| District One | * | |

**ORDER**

WHEREAS, the Maryland Commission on Judicial Disabilities, pursuant to Maryland Rule 18-435, referred to this Court its findings, the record, and its recommendation as to sanction in *In the Matter of the Honorable Devy Patterson Russell, Judge of the District Court of Maryland for Baltimore City, District One,* Case No. CJD 2018-009, for the Court's consideration pursuant to Maryland Rule 18-437, and

WHEREAS, Judge Russell has filed a Motion to Dismiss on grounds of mootness in light of her resignation from the bench, effective September 25, 2019,

WHEREAS, the Commission has filed an opposition to the motion arguing that the matter is not moot and has suggested that the case be held *sub curia* in the event Judge Russell should seek judicial office,

WHEREAS, Judge Russell was previously suspended without pay from judicial office for *no less than* six months by this Court on June 30, 2019, in JD Docket No. 1 (September Term 2018) with her reinstatement as a judge subject to her fulfillment of various conditions,

WHEREAS, Judge Russell's ability to hold judicial office would be subject to fulfillment of the conditions in JD Docket No. 1 (September Term 2018),

WHEREAS, Judge Russell has declared in her Motion to Dismiss that she will not seek recall as a senior judge or appointment to a judicial office,

WHEREAS, the Court of Appeals finds that this matter is not moot, but that in light of the conditions imposed in JD Docket No. 1 (September Term 2018), and Judge Russell's pledge not to seek recall as a senior judge or appointment to judicial office, it is in the interest of justice to dismiss this matter *without prejudice*, it is this 21st day of October 2019,

ORDERED, by the Court of Appeals of Maryland, that this matter is dismissed without prejudice.

/s/ Robert N. McDonald
Senior Judge